MAY 13 '24 AM11:09
FILED - USDC FLO SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Isis Audette Lagos Nunez

_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

_Eagles Beachwear and Swimwear of Myrlte Beach_

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint    for    Employment Discrimination**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    x Yes    ☐ No

*(check one)*

MAY 24 '24 AM10:19
RCV'D - USDC FLO SC

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name               Isis Audette Lagos Nunez

Street Address     5914 HWY 107

City and County    Glenville, Jackson County

State and Zip Code    NC, 28736

Telephone Number    843-429-1898

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Eagles Beachwear Swimwear of Myrtle Beach |
| Job or Title (if known) | |
| Street Address | Bargain B9, 6807 N KingsHWY |
| City and County | Myrtle Beach, Horry County |
| State and Zip Code | SC, 29577 |
| Telephone Number | 843-668-3000 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

State and Zip Code     _____

Telephone Number     _____

Defendant No. 4

     Name     _____

     Job or Title     _____
     (if known)

     Street Address     _____

     City and County     _____

     State and Zip Code     _____

     Telephone Number     _____

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Bargain Beachwear |
| Street Address | 6807 N KingsHWY |
| City and County | Myrtle Beach Horry County |
| State and Zip Code | SC 29577 |
| Telephone Number | 843-668-3000 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

X     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

        *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

        *(Note: In order to bring suit in federal district court under the Age*

3

*Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Other    federal    law    *(specify    the    federal    law)*:

_____

☐  Relevant    state    law    *(specify,    if    known)*:

_____

☐  Relevant    city    or    county    law    *(specify,    if    known)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☐  Termination of my employment.

☐  Failure to promote me.

☐  Failure to accommodate my disability.

☐  Unequal terms and conditions of my employment.

4

☐    Retaliation.

X    Other acts *(specify)*:    I have been discriminated against based on race and national origin, (Central) American, religion, Christian, and sex, Female, in violation of Title VII of the Civil Rights Act of 1964, as amended

*(Note:    Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

10/13/2022

C.    I believe that defendant(s) *(check one)*:

X    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

X    race Latino

☐    color

X    gender/sex Female

X    religion Christian

X    national origin **Honduran, American**

☐    age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

I began my employment with Eagle's Beachwear and Swimwear of Myrtle Beach

5

on July 12, 2022. I performed at an above standard level. I was subjected of harassment and discrimination by a cashier form the store name Rachida El Oichcham who said that Americans are trash, dirty people, who wear shorts to short, she dislikes the color of my hair and she bullying me for that reasons in several ocations, she said God doesn't approve of me having blue hair. She raised her voice to me multiple times and move her hands infront and to close to my face to let me clear she had valid reasons to hate americans. She pulled my shorts down(she saids are unapropiate) and huggedme several times against my will. I was told that several complaints have been made about her. I reported the harassment but was only told that aninvestigation was being conducted. I believe I have been discriminated against based on race and national origin, (Central) American, religion, Christian, and sex, Female, in violation of Title VII of the Civil Rights Act of 1964, as amended

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11/15/2022

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)*
02/16/2024                                                                                  .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

6

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Am asking the punitive money damages of $50,000.00 since what am looking with it is make the company stop this kind of treatment with any future employee, any minor amount will be nothing for a big company as it is Eagles Beachwear.

I believe the monetary lesson would be of great teaching to help remedy emotional losses, and also to deservedly punish the racism thai is unacceptable in our days

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

7

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/25/2024.

Signature of Plaintiff ____*Isis L*____

Printed Name of Plaintiff ___*Isis Audette Lagos Nunez*___

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

8